1   LAWRENCE R. KATZIN (CA SBN 142885)
    LKatzin@mofo.com
2   AMY C. DACHTLER (CA SBN 248589)
    ADachtler@mofo.com
3   MORRISON & FOERSTER LLP
    425 Market Street
4   San Francisco, California  94105-2482
    Telephone: (415) 268-7000
5   Facsimile: (415) 268-7522

6   MARK L. LEVINE (pro hac vice pending)
    mark.levine@bartlit-beck.com
7   JASON L. PELTZ (pro hac vice pending)
    jason.peltz@bartlit-beck.com
8   BRIAN C. SWANSON (pro hac vice pending)
    brian.swanson@bartlit-beck.com
9   J. SCOTT MCBRIDE (pro hac vice forthcoming)
    scott.mcbride@bartlit-beck.com
10  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
    54 West Hubbard St., Suite 300
11  Chicago, IL 60654
    Telephone: (312) 494-4400
12  Facsimile: (312) 494-4440

13  Attorneys for Defendants
    BAYER CORPORATION and BAYER AG
14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                      SAN FRANCISCO DIVISION

18

19  ONYX PHARMACEUTICALS, INC.,        Case No.   CV 09 2145 MHP

20            Plaintiff,                **STIPULATION EXTENDING
                                        TIME FOR DEFENDANTS
21        v.                            TO RESPOND TO COMPLAINT
                                        AND SETTING BRIEFING
22  BAYER CORPORATION and BAYER AG,    SCHEDULE**

23            Defendants.               **(LR 6-1(a))**

24

25

26

27

28

1       Pursuant to Local Rule 6-1(a), it is hereby stipulated between Plaintiff Onyx

2 Pharmaceuticals, Inc. ("Onyx") and Defendants Bayer Corporation and Bayer AG (collectively,

3 "Defendants"), through their respective counsel, as follows:

4       1.    Defendants shall have until Thursday, June 25, 2009 in which to file their

5 responses to Plaintiff's then-operative complaint, and if filing motions to dismiss, to file a motion

6 for leave to file a motion to dismiss before the initial case management conference;

7       2.    Onyx shall have until Thursday, July 16, 2009 in which to file its oppositions to

8 any Rule 12 motions that Defendants file;

9       3.    Defendants shall have until July 27, 2009 in which to file any reply briefs;

10       4.    Defendants shall set any Rule 12 motions for hearing on the Court's 2:00 p.m.

11 calendar on Monday, August 10;

12       5.    The foregoing schedule shall be maintained if Onyx files a First Amended

13 Complaint on or before June 18, 2009 adding Bayer HealthCare LLC as a defendant and not

14 otherwise materially amending the allegations against Defendants.  Defendants shall be entitled to

15 additional time to file their responses pursuant to Federal Rule of Civil Procedure 15(a)(3) in the

16 event Onyx files a First Amended Complaint (i) after June 18, 2009; or (ii) that materially amends

17 the allegations against Defendants (other than adding Bayer HealthCare LLC as a defendant).

18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

1
STIP RE TIME TO RESPOND TO COMPLAINT; BRIEFING SCHEDULE       CV 09 2145
sf-2690440

1  IT IS SO STIPULATED.

2  Dated: June 3, 2009               LAWRENCE R. KATZIN
                                     AMY C. DACHTLER
3                                    MORRISON & FOERSTER LLP

4                                    MARK L. LEVINE
                                     JASON L. PELTZ
5                                    BRIAN C. SWANSON
                                     J. SCOTT MCBRIDE
6                                    BARTLIT BECK HERMAN PALENCHAR &
                                         SCOTT LLP
7

8
                                     By:   /s/ Lawrence R. Katzin
9                                          LAWRENCE R. KATZIN

10                                   Attorneys for Defendants
                                     BAYER CORPORATION and
11                                   BAYER AG

12  Dated: June 3, 2009              THOMAS J. FRIEL, JR.
                                     MARTIN S. SCHENKER
13                                   MICHELLE S. RHYU
                                     BRADLEY A. WAUGH
14                                   COOLEY GODWARD KRONISH LLP

15

16                                   By:   /s/ Martin S. Schenker
                                           MARTIN S. SCHENKER
17
                                     Attorneys for Plaintiff
18                                   ONYX PHARMACEUTICALS, INC.

19  **GENERAL ORDER 45 ATTESTATION**

20  In accordance with General Order 45, concurrence in the filing of this document has been

21  obtained from each of the signatories and I shall maintain records to support this concurrence for

22  subsequent production for the court if so ordered or for inspection upon request by a party.

23

24                                          /s/ Lawrence R. Katzin
                                            LAWRENCE R. KATZIN
25
                                     Attorneys for Defendants
26                                   BAYER CORPORATION and
                                     BAYER AG
27

28

2
STIP RE TIME TO RESPOND TO COMPLAINT; BRIEFING SCHEDULE                    CV 09 2145
sf-2690440