LAWRENCE R. KATZIN (CA SBN 142885)
LKatzin@mofo.com
AMY C. DACHTLER (CA SBN 248589)
ADachtler@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

MARK L. LEVINE (admitted pro hac vice)
mark.levine@bartlit-beck.com
JASON L. PELTZ (admitted pro hac vice)
jason.peltz@bartlit-beck.com
BRIAN C. SWANSON (admitted pro hac vice)
brian.swanson@bartlit-beck.com
J. SCOTT MCBRIDE (admitted pro hac vice)
scott.mcbride@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard St., Suite 300
Chicago, IL 60654
Telephone: (312) 494-4400
Facsimile: (312) 494-4440

Attorneys for Defendants
  BAYER CORPORATION AND BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYER CORPORATION, et al.,<br><br>　　　　　Defendants. | Case No.   CV 09 2145 MHP<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PARTIES** |

Pursuant to Civil L.R. 3-16, on behalf of Defendants Bayer Corporation and Bayer HealthCare LLC, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have

a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Defendant Bayer HealthCare LLC has a financial interest in the subject matter in controversy;

2. Defendant Bayer Corporation has a financial interest in the subject matter in controversy;

3. Defendant Bayer AG has a financial interest in the subject matter in controversy; and

4. Defendant Bayer Schering Pharma AG has a financial interest in the subject matter in controversy.

Dated: June 25, 2009

LAWRENCE R. KATZIN
AMY C. DACHTLER
MORRISON & FOERSTER LLP

MARK L. LEVINE
JASON L. PELTZ
BRIAN C. SWANSON
J. SCOTT MCBRIDE
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: /s/ Lawrence R. Katzin
LAWRENCE R. KATZIN

Attorneys for Defendants
BAYER CORPORATION and
BAYER HEALTHCARE LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically. As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 25th day of June, 2009.

By: /s/ Lawrence R. Katzin
LAWRENCE R. KATZIN