1 | LAWRENCE R. KATZIN (CA SBN 142885)
LKatzin@mofo.com
2 | AMY C. DACHTLER (CA SBN 248589)
ADachtler@mofo.com
3 | MORRISON & FOERSTER LLP
425 Market Street
4 | San Francisco, California  94105-2482
Telephone: (415) 268-7000
5 | Facsimile: (415) 268-7522

6 | MARK L. LEVINE (admitted pro hac vice)
mark.levine@bartlit-beck.com
7 | JASON L. PELTZ (admitted pro hac vice)
jason.peltz@bartlit-beck.com
8 | BRIAN C. SWANSON (admitted pro hac vice)
brian.swanson@bartlit-beck.com
9 | J. SCOTT MCBRIDE (admitted pro hac vice)
scott.mcbride@bartlit-beck.com
10 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard St., Suite 300
11 | Chicago, IL 60654
Telephone: (312) 494-4400
12 | Facsimile: (312) 494-4440

13 | Attorneys for Defendants
BAYER CORPORATION AND BAYER HEALTHCARE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., | Case No.   CV 09 2145 MHP |
| Plaintiff, | **DISCLOSURE STATEMENT** |
| v. | |
| BAYER CORPORATION, et al., | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, on behalf of Defendants Bayer Corporation and Bayer HealthCare LLC, the undersigned certifies as follows:

DISCLOSURE STATEMENT 09 2145 CV 09 2145

sf-2703448

1

1. Defendant Bayer HealthCare LLC's sole member is Defendant Bayer Corporation, a privately held corporation.

2. Defendant Bayer Corporation is a private corporation, and Bayer AG, its parent corporation, is a publicly held corporation that owns directly or indirectly 10% or more of Bayer Corporation's stock.

Dated: June 25, 2009

LAWRENCE R. KATZIN
AMY C. DACHTLER
MORRISON & FOERSTER LLP

MARK L. LEVINE
JASON L. PELTZ
BRIAN C. SWANSON
J. SCOTT MCBRIDE
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: /s/ Lawrence R. Katzin
LAWRENCE R. KATZIN

Attorneys for Defendants
BAYER CORPORATION and
BAYER HEALTHCARE LLC

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically. As such, this document was served on all counsel who are deemed to have consented to electronic service. Pursuant to Fed. R. Civ. P. 5(d) all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this 25th day of June, 2009.

By: /s/ Lawrence R. Katzin
LAWRENCE R. KATZIN