1 | LAWRENCE R. KATZIN (CA SBN 142885)
LKatzin@mofo.com
2 | NATALIE THINGELSTAD (CA SBN 255400)
NThingelstad@mofo.com
3 | AMY C. DACHTLER (CA SBN 248589)
ADachtler@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone: (415) 268-6992
6 | Facsimile: (415) 268-7522

7 | MARK L. LEVINE (admitted pro hac vice)
mark.levine@bartlit-beck.com
8 | JASON L. PELTZ (admitted pro hac vice)
jason.peltz@bartlit-beck.com
9 | BRIAN C. SWANSON (admitted pro hac vice)
brian.swanson@bartlit-beck.com
10 | J. SCOTT MCBRIDE (admitted pro hac vice)
scott.mcbride@bartlit-beck.com
11 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard St., Suite 300
12 | Chicago, IL 60654
Telephone: (312) 494-4400
13 | Facsimile: (312) 494-4440

14 | Attorneys for Defendants
BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE
15 | LLC, AND BAYER SCHERING PHARMA AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., | Case No.   CV 09 2145 MHP |
| Plaintiff, | **DISCLOSURE STATEMENT** |
| v. | |
| BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, on behalf of Defendants Bayer AG and Bayer Schering Pharma AG, the undersigned certifies as follows:

DISCLOSURE STATEMENT              09 2145 CV 09 2145              1
sf-2725703

1. Bayer AG has no parent corporation, and no publicly held corporation owns 10% or more of Bayer AG's stock.

2. Bayer Schering Pharma AG is a wholly-owned subsidiary of Bayer AG.

Dated: August 12, 2009

LAWRENCE R. KATZIN
NATALIE THINGELSTAD
AMY C. DACHTLER
MORRISON & FOERSTER LLP

MARK L. LEVINE
JASON L. PELTZ
BRIAN C. SWANSON
J. SCOTT MCBRIDE
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By: /s/ Lawrence R. Katzin
LAWRENCE R. KATZIN

*Attorneys for Defendants*
BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG