# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: August 31, 2009

Case No.   C 09-2145  MHP                    Judge: MARILYN H. PATEL

Title: ONYX PHARMACEUTICALS INC -v- BAYER CORPORATION et al

Attorneys:  Plf: Martin Schenker, Stephen Neil
            Dft: Lawrence Katzin, Mark Levine

Deputy Clerk: Anthony Bowser  Court Reporter: Katherine Sullivan

### PROCEEDINGS

1)   Case Management Conference

2) _____

3) _____


### ORDERED AFTER HEARING:

Counsel submit after further discussion of underlying complaint; Discovery instructions given;

        Jury Trial set for 5/17/2011 at 8:30 am;

Further status conference set for 3/8/2010 at 3:00 pm, with a joint supplemental status report to be filed one week prior to the conference.