1  LAWRENCE R. KATZIN (CA SBN 142885)
   LKatzin@mofo.com
2  NATALIE THINGELSTAD (CA SBN 255400)
   NThingelstad@mofo.com
3  AMY C. DACHTLER (CA SBN 248589)
   ADachtler@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: (415) 268-7000
6  Facsimile: (415) 268-7522

7  MARK L. LEVINE (admitted pro hac vice)
   mark.levine@bartlit-beck.com
8  JASON L. PELTZ (admitted pro hac vice)
   jason.peltz@bartlit-beck.com
9  BRIAN C. SWANSON (admitted pro hac vice)
   brian.swanson@bartlit-beck.com
10 J. SCOTT MCBRIDE (admitted pro hac vice)
   scott.mcbride@bartlit-beck.com
11 BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
   54 West Hubbard St., Suite 300
12 Chicago, IL 60654
   Telephone: (312) 494-4400
13 Facsimile: (312) 494-4440

14 Attorneys for Defendants
   BAYER CORPORATION; BAYER HEALTHCARE LLC;
15 BAYER AG; BAYER SCHERING PHARMA AG

16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19                      SAN FRANCISCO DIVISION

20 ONYX PHARMACEUTICALS, INC.,          Case No.  CV 09 2145 MHP

21                 Plaintiff,           **STIPULATION AND ~~[PROPOSED]~~
                                        ORDER EXTENDING
22        v.                            MEDIATION DEADLINE AND
                                        RESCHEDULING STATUS
23 BAYER CORPORATION, et al.,           CONFERENCE**

24                 Defendants.

25

26

27

28

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between plaintiff Onyx Pharmaceuticals, Inc. ("Onyx") and defendants Bayer Corporation, Bayer AG, Bayer HealthCare LLC and Bayer Schering Pharma AG (collectively, "Bayer") as follows:

WHEREAS, the Stipulation and Order Selecting ADR Process filed August 11, 2009, provides that mediation shall be completed by February 26, 2010;

WHEREAS, the parties had been scheduled to conduct mediation before Anthony Piazza in San Francisco on January 19, 2010;

WHEREAS, Hans Bishop, the former President of Hematology/Cardiology and Executive Vice President of Bayer HealthCare LLC, was scheduled to be Bayer's lead negotiator at the mediation, but unexpectedly resigned from Bayer in December 2009;

WHEREAS, the parties had anticipated that the documents most relevant to the merits of this litigation would be produced by the end of December 2009;

WHEREAS, the parties have been producing documents on a rolling basis and continue to produce documents as quickly as possible, but now anticipate that the documents most relevant to the merits of this litigation will not be produced until early in 2010. To date, Bayer and Onyx have produced approximately 103,000 and 44,000 pages of documents, respectively;

WHEREAS, additional time is needed to afford Bayer time to identify a new lead negotiator and to prepare that individual for the mediation;

WHEREAS, additional time is needed to allow the parties to complete production of the documents most relevant to the merits of the litigation — and to review the other side's production of such documents — to allow the parties to make more informed decisions regarding the mediation, making the mediation more productive;

WHEREAS, the parties have agreed to reschedule the mediation to May 13, 2010;

WHEREAS, in the hope that the Court would accommodate this request, the parties have already reserved that date to mediate with Mr. Piazza;

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND RESCHEDULING STATUS CONFERENCE
CASE NO. CV 09 2145 MHP
sf-2785575

2

WHEREAS, at the August 31, 2009 Initial Case Management Conference, the Court ordered the parties to attend a further status conference on March 8, 2010 — the second Monday following the original February 26, 2010 mediation cut-off date; and

WHEREAS, if the Court accommodates the parties' requested change in the mediation date, the parties agree that it would be most productive to reschedule the status conference to a date shortly after the new mediation date;

THEREFORE, the parties hereby stipulate and agree, by and through counsel, to the entry of an order as follows:

1.    The mediation, previously scheduled for January 19, 2010, will take place on May 13, 2010;

2.    The Order Selecting ADR Process is amended to reflect a new ADR deadline of May 13, 2010;

3.    The post-mediation Status Conference, currently scheduled for March 8, 2010, is hereby rescheduled to May 17, 2010 at 3:00 p.m., or at the Court's first convenient time thereafter.

IT IS SO STIPULATED.

Dated:  January 8, 2010



LAWRENCE R. KATZIN
NATALIE THINGELSTAD
AMY C. DACHTLER
MORRISON & FOERSTER LLP

MARK L. LEVINE
JASON L. PELTZ
BRIAN C. SWANSON
J. SCOTT MCBRIDE
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP

By:    /s/ Lawrence R. Katzin
        LAWRENCE R. KATZIN

        Attorneys for Defendants
        BAYER CORPORATION,
        BAYER AG, BAYER
        HEALTHCARE LLC, AND BAYER
        SCHERING PHARMA AG

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND RESCHEDULING STATUS CONFERENCE
CASE NO. CV 09 2145 MHP
sf-2785575

3

| | |
|---|---|
| 1 | Dated:  January 8, 2010 |

STEPHEN C. NEAL
MARTIN S. SCHENKER
MICHELLE S. RHYU
BRADLEY A. WAUGH
COOLEY GODWARD KRONISH LLP

By:     /s/ Martin S. Schenker
      MARTIN S. SCHENKER

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND RESCHEDULING STATUS CONFERENCE
CASE NO. CV 09 2145 MHP

sf-2785575

4

# GENERAL ORDER 45 ATTESTATION

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.



　　　　　　　　　　　　　　　　　　_/s/ Lawrence R. Katzin_
　　　　　　　　　　　　　　　　　　LAWRENCE R. KATZIN

　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　BAYER CORPORATION,
　　　　　　　　　　　　　　　　　　BAYER AG, BAYER
　　　　　　　　　　　　　　　　　　HEALTHCARE LLC, AND BAYER
　　　　　　　　　　　　　　　　　　SCHERING PHARMA AG

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE AND RESCHEDULING STATUS CONFERENCE
CASE NO. CV 09 2145 MHP
sf-2785575

5