COOLEY GODWARD KRONISH LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
MICHELLE S. RHYU, PH.D. (212922) (rhyums@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:    (650) 843-5000
Facsimile:     (650) 857-0663

COOLEY GODWARD KRONISH LLP
MARTIN S. SCHENKER (109828) (mschenker@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG, <br><br> Defendants. | Case No. C 09-2145 (MHP) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE** |

1   **WHEREAS**, a further Status Conference in this matter is currently scheduled for May 17,
2   2010, and a Status Conference Statement is currently due May 10, 2010;

3   **WHEREAS**, the parties will participate in a private mediation on May 13, 2010;

4   **WHEREAS**, the outcome of the mediation process will be unknown on May 10 and may
5   remain uncertain immediately following the session on May 13;

6   **WHEREAS** , the parties believe it would therefore be advisable to extend the period
7   between the mediation and the Status Conference to more than four days;

8   **WHEREAS**, document production in this matter has taken more time than previously
9   contemplated and the parties believe they will be in a better position to address case management
10  in June;

11  **THEREFORE**, the parties hereby stipulate and agree, by and through counsel, to the entry
12  of an order as follows:

13  1. The post-mediation Status Conference, currently scheduled for May 17, 2010, is
14  hereby rescheduled to ~~June 14~~ **July 19**, 2010 at 3:00 p.m., or at the Court's first convenient time
15  thereafter.

16  2. A Status Conference Statement will be due one week prior to the Status
17  Conference.

| | | |
|---|---|---|
| 1 | Dated: April 28, 2010 | COOLEY GODWARD KRONISH LLP |
| 2 | | |
| 3 | | /s/ Martin S. Schenker |
| 4 | | Martin S. Schenker<br>Attorneys for Plaintiff |
| 5 | | ONYX PHARMACEUTICALS, INC. |
| 6 | Dated: April 28, 2010 | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 7 | | |
| 8 | | /s/ Jason Peltz |
| | | Jason Peltz |
| 9 | | Attorneys for Defendants<br>BAYER CORPORATION, BAYER AG, |
| 10 | | BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: April  29 , 2010



Hon. Marilyn Hall Patel

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING STATUS CONFERENCE
CASE NO.: CV 09 2145 (MHP)

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated:  April 28, 2010                          COOLEY GODWARD KRONISH LLP


/s/ Martin S. Schenker
Martin S. Schenker
Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

849540 v1/HN

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING STATUS CONFERENCE
CASE NO.: CV 09 2145 (MHP)