COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
MICHELLE S. RHYU, PH.D. (212922) (rhyums@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

COOLEY LLP
MARTIN S. SCHENKER (109828) (mschenker@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG, <br><br> Defendants. | Case No. C 09-2145 (MHP) <br><br> **STIPULATION AND [PROPOSED] ORDER RESCHEDULING STATUS CONFERENCE** |

1  **WHEREAS**, on April 28, 2010, the parties filed a stipulation to reschedule the Status
2  Conference in this matter to June 14, 2010;
3  **WHEREAS**, on April 30, 2010, the Court issued an order setting the Status Conference on
4  July 19, 2010;
5  **WHEREAS**, lead counsel for Plaintiff Onyx Pharmaceuticals both have unavoidable
6  scheduling conflicts on July 19, 2010;
7  **WHEREAS** , the parties' respective counsel are available on August 2, 2010 for a Status
8  Conference, and respectfully request that the Court reschedule the conference for that date;
9  **THEREFORE**, the parties hereby stipulate and agree, by and through counsel, to the entry
10  of an order as follows:
11     1.   The post-mediation Status Conference, currently scheduled for July 19, 2010, is
12  hereby rescheduled to August 2, 2010 at 3:00 p.m.;
13     2.   A Status Conference Statement will be due one week prior to the Status
14  Conference.

15  Dated: June 18, 2010  COOLEY LLP

16  /s/Martin S. Schenker
17  Martin S. Schenker
    Attorneys for Plaintiff
18  ONYX PHARMACEUTICALS, INC.

19  Dated: June 18, 2010  BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
20
21  /s/ Jason Peltz
    Jason Peltz
22  Attorneys for Defendants
    BAYER CORPORATION, BAYER AG,
23  BAYER HEALTHCARE LLC, AND BAYER
    SCHERING PHARMA AG
24

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  Dated: June _21_, 2010   _____
27  Hon. Marilyn H. Patel

28

IT IS SO ORDERED
Judge Marilyn H. Patel

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

Dated:  June 18, 2010                    COOLEY LLP


/s/ Martin S. Schenker
Martin S. Schenker
Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

STIPULATION AND [PROPOSED] ORDER
RESCHEDULING STATUS CONFERENCE
CASE NO.: CV 09 2145 (MHP)