COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
THOMAS J. FRIEL, JR. (80065) (tfriel@cooley.com)
MICHELLE S. RHYU, PH.D. (212922) (rhyums@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:	(650) 843-5000
Facsimile:	(650) 857-0663

COOLEY LLP
MARTIN S. SCHENKER (109828) (mschenker@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:	(415) 693-2000
Facsimile:	(415) 693-2222

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ONYX PHARMACEUTICALS, INC., | Case No.  CV 09 2145 MHP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REVISING PRETRIAL SCHEDULE RE SUMMARY JUDGMENT MOTIONS** |
| v. | |
| BAYER CORPORATION, et al., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER REVISING PRETRIAL SCHEDULE
CASE NO. CV 09 2145 MHP

IT IS HEREBY STIPULATED by and between plaintiff Onyx Pharmaceuticals, Inc. ("Onyx") and defendants Bayer Corporation, Bayer AG, Bayer HealthCare LLC and Bayer Schering Pharma AG (collectively, "Bayer") as follows:

1. WHEREAS, on November 16, 2010, the Court entered a Supplemental Case Management Order (Dkt. No. 60) that revised the case schedule and set June 14, 2011 as the trial date;

2. WHEREAS, the Supplemental Case Management Order (Dkt. No. 60) set the deadline to file motions on merits for March 14, 2011 and the deadline to hear motions on merits for April 18, 2011;

3. WHEREAS, Onyx's counsel has a conflict with the current deadline to hear motions on merits, and the parties have conferred and agreed to the new proposed deadlines below relating to the summary judgment motion schedule;

4. WHEREAS, the new proposed deadlines comply with the Northern District of California Local Rule 7;

THEREFORE, the parties stipulate and jointly move the Court to adopt the following revised schedule pertaining to motions on the merits:

| Event | Current Schedule | Revised Schedule |
|---|---|---|
| Deadline to file motions on merits | 3/14/11 | 3/15/11 |
| Deadline for responsive briefs on merits | 3/28/11 | 3/30/11 |
| Deadline for reply briefs on merits | 4/04/11 | 4/07/11 |
| Deadline to hear motions on merits | 4/18/11 | 4/25/11 |

///

///

///

///

///

STIPULATION AND [PROPOSED] ORDER REVISING PRETRIAL SCHEDULE
CASE NO. CV 09 2145 MHP

2

IT IS SO STIPULATED.

Dated: February 1, 2011

LAWRENCE R. KATZIN
AMY C. DACHTLER
MORRISON & FOERSTER LLP

MARK L. LEVINE
JASON L. PELTZ
BRIAN C. SWANSON
J. SCOTT MCBRIDE
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

By:   /s/ Lawrence R. Katzin
          LAWRENCE R. KATZIN

Attorneys for Defendants
BAYER CORPORATION,
BAYER AG,
BAYER HEALTHCARE LLC, and
BAYER SCHERING PHARMA AG

Dated: February 1, 2011

STEPHEN C. NEAL
MARTIN S. SCHENKER
MICHELLE S. RHYU
BRADLEY A. WAUGH
COOLEY LLP

By:   /s/ Michelle S. Rhyu
          MICHELLE S. RHYU

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

**SUPPLEMENTAL CASE MANAGEMENT ORDER**

This Stipulation and [Proposed] Order Revising Pretrial Schedule is hereby adopted by the Court as the Case Management Order for the case.

IT IS SO ORDERED

Dated: __ 2/2/2011 _____



The Honorable Marilyn H. Patel
United States District Judge

**GENERAL ORDER 45 ATTESTATION**

In accordance with General Order 45, concurrence in the filing of this document has been obtained from each of the signatories and I shall maintain records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request by a party.

      /s/ Daniel J. Knauss
    DANIEL J. KNAUSS

    Attorney for Plaintiff
    ONYX PHARMACEUTICALS, INC.