```
COOLEY LLP
STEPHEN C. NEAL (170085) (nealsc@cooley.com)
MICHELLE S. RHYU, PH.D. (212922) (rhyums@cooley.com)
BRYAN J. BOYLE (253725) (bryan.boyle@cooley.com)
DANIEL J. KNAUSS (267414) (dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
MARTIN S. SCHENKER (109828) (mschenker@cooley.com)
BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC and BAYER SCHERING PHARMA AG, <br><br> Defendants. | Case No. C09-02145 MHP <br><br> **ONYX PHARMACEUTICALS, INC.'S WITHDRAWAL OF OBJECTIONS TO BAYER'S EVIDENCE** <br><br> Date:       April 25, 2011 <br> Time:      2:00 p.m. <br> Judge:    Hon. Marilyn Hall Patel <br> Trial Date: June 14, 2011 |

Onyx hereby withdraws its Objections to Bayer's Evidence in Support of Bayer's Motion for Summary Judgment ("Objections), filed on April 19, 2011. (Docket Item No. 136.)

On April 18, Onyx notified Bayer that it intended to file objections to Bayer Exhibits 27, 63 and 81 ("Bayer's Evidence") and offered to meet and confer with Bayer to discuss Onyx's objections. When Bayer did not respond for more than 24 hours, Onyx filed the Objections.

1  Yesterday afternoon, however, Bayer notified Onyx that the Objections were untimely under
2  Local Rule 7-3, recently modified by the Northern District, and requested that Onyx withdraw the
3  Objections.  Although Local Rule 7-3(d) allows a party to seek leave to file additional papers
4  after a reply brief is filed, Onyx does not wish to expand the scope of the hearing on Bayer's
5  motion.  As stated in Onyx's opposition papers, there are genuine issues of material fact with
6  respect to each of the issues addressed in Bayer's Evidence.  Moreover, even if admissible,
7  Bayer's Evidence is unreliable for the same reasons raised in the Objections and, accordingly, is
8  not entitled to weight.
9      Accordingly, Onyx hereby withdraws the Objections.  Onyx reserves the right to object to
10 Bayer's Evidence for the purposes of trial.

Dated:  April 21, 2011                    Respectfully submitted,

                                          COOLEY LLP


                                          /s/ Martin S. Schenker
                                          Martin S. Schenker

                                          Attorneys for Plaintiff
                                          ONYX PHARMACEUTICALS, INC.