UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL PRETRIAL MINUTES**

Date: April 25, 2011

Case No.   C 09-2145  MHP                    Judge: MARILYN H. PATEL

Title: ONYX PHARMACEUTICALS INC -v- BAYER CORPORATION et al

Attorneys:  Plf: Martin Schenker, Stephen Neil, Michelle Rhyu
            Dft: Lawrence Katzin, Mark Levine, Amy , Alison Tudor

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar Bartlett

**PROCEEDINGS**

1)   Defendant's Motion for Summary Judgment

2)

3)

**ORDERED AFTER HEARING:**

Motion deemed submitted after further discussion by counsel/Court; Order to issue;


Time: 1 hour, 20 minutes