UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ONYX PHARMACEUTICALS, INC.,

Plaintiff,

v.

BAYER CORPORATION, et al.,

Defendants.

Case No. CV 09 2145 MHP

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL CONFIDENTIAL DOCUMENTS CITED IN BAYER'S MOTION IN LIMINE**

This matter came before the Court on Defendant Bayer's Administrative Motion to File Under Seal Confidential Documents Filed in Support of Defendant Bayer's Motion in Limine. Having read and considered the Administrative Motion, the Supporting Declaration of J. Scott McBride, and other pleadings and papers on file herein, and good cause appearing therefore, the Court hereby GRANTS Defendant Bayer's Administrative Motion to File Under Seal.

It is thus ORDERED that the following documents shall be filed under seal:

1. Exhibits 5, 7 through 11, and 14 to the Declaration of Brian C. Swanson in Support of Bayer's Motion in Limine.

IT IS SO ORDERED.

Dated: May 10, 2011