1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

ONYX PHARMACEUTICALS, INC.,

Case No.  CV 09 2145 MHP

12

Plaintiff,

13

v.

**[PROPOSED] ORDER GRANTING STIPULATION TO UNSEAL AND UNREDACT PORTIONS OF PLAINTIFF'S BRIEF IN SUPPORT ITS OPPOSITION TO BAYER'S MOTION *IN LIMINE***

14

BAYER CORPORATION, et al.,

15

Defendants.

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This matter came before the Court on the parties' Stipulation To Unseal And Unredact Portions Of Plaintiff's Brief In Support Of Its Opposition To Bayer's Motion *In Limine* ("the Stipulation").

It is ORDERED that Onyx Pharmaceuticals, Inc.'s brief in support of its Opposition to Bayer's Motion *in Limine*, with the public redacted version to be filed publicly (Exhibit A to the Stipulation) shall be filed under seal with amended redactions as stipulated by the parties.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _June 3 ____, 2011



IT IS SO ORDERED

Judge Marilyn H. Patel

1