UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., | Case No. C09-2145 EMC |
| Plaintiff, | **ORDER DIRECTING COURT TO FURNISH DAILY REFRESHMENTS** |
| v. | |
| BAYER CORPORATION, et al., | |
| Defendants. | |
| _____/ | |

**IT IS HEREBY ORDERED** that the United States District Court shall furnish daily refreshments for the nine (9) members of the jury in the above-entitled matter at the expense of the United States on October 3-6, 11-13, 17-20, and 24, 2011 and all days thereafter as long as jury is in deliberation. Refreshments shall be delivered to the jury room for Courtroom 5, 17th Floor on October 3, 2011 by 12:00 p.m.; and by 7:45 a.m. on all other days.

IT IS SO ORDERED.

Dated: September 23, 2011

_____
EDWARD M. CHEN
United States District Judge