Judge Edward M. Chen
Case No. CV 09 2145 EMC
EMC CHAMBERS COPY
DO NOT FILE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., | Case No. C09-2145 EMC |
| Plaintiff, | [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL |
| v. | |
| BAYER CORPORATION, et al., | |
| Defendants. | |

1

2        Having considered the parties' stipulation and for good cause shown, it is ORDERED

3   that:

4        1.   The parties' joint equipment request is GRANTED.

5        2.   Bayer's request for remote real-time feed and secured internet connection is

6            GRANTED. provided the feed goes only to law firms of attorneys

7            of record & their staffs.

8   IT IS SO ORDERED.

9

10  Dated: 9|23, 2011

11

12                                              The Honorable Edward M. Chen
                                                 United States District Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Authorizing Entry and Use of Equipment During Trial, Case No. C09-2145 EMC
Case No. C09-2145 EMC

1    **ATTORNEYS' NAMES AND
     ADDRESSES LISTED IN THE
2    SIGNATURE BLOCK**

Judge Edward M. Chen
Case No. CV 09 2145 EMC
EMC CHAMBERS COPY
DO NOT FILE

3

4

5

6

7

8

9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13   ONYX PHARMACEUTICALS, INC.,            Case No. C09-2145 EMC

14                Plaintiff,                **STIPULATION AND [PROPOSED]
                                            ORDER AUTHORIZING ENTRY AND
15   v.                                     USE OF EQUIPMENT FOR TRIAL**

16   BAYER CORPORATION, et al.,

17                Defendants.

18

19

20

21

22

23

24

25

26   .

27

28

1    **A.    Stipulation Regarding Equipment for use During Trial**

2         WHEREAS, the trial in the above-captioned matter is scheduled to commence on

3    October 3, 2011;

4         WHEREAS, the parties have met and conferred regarding the necessary equipment for

5    use in the courtroom during trial;

6         WHEREAS, the parties have agreed to coordinate their use of equipment when

7    practicable.  The parties jointly request an order allowing the parties to bring into the courthouse

8    on or after September 29, the equipment identified below and use that equipment in the

9    courtroom during trial.

10   Equipment for Onyx and Bayer:

11     1.  4 VGA switches

12     2.  4 VGA DA's

13     3.  1 - Courtroom director

14     4.  3 – 17" monitors

15     5.  2 tech tables

16     6.  2 laptop stands

17     7.  1 – 7x7 fast fold screen with rear projection

18     8.  1 – 8x8 fast fold screen

19     9.  2 – LCD projectors (primary and back up)

20     10. 5 - Tables for equipment

21     11. 3 small printers

22     12. 12 laptops

23     13. VGA cabling

24     14. Extension cables and power strips

25     15. Audio cables/cap 1s

26     16. Fender speaker system

27

28   STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
     Case No. C09-2145 EMC

                                              1

     sf-3048737

1    17. Elmo with stand

2    18. Extron matrix switcher

3    19. Audio mixer

4    20. 4 demonstrative easels

5    21. Easel with drawing pad

6    22. Blow up charts

7    23. Portable bookshelf carts

8    24. Hand trucks/dollys

9

10          B.      **Bayer's Separate Request for Remote Real-time Feed and Secured Internet
                    Access**

11          Bayer separately requests that the Court permit the use of secure high-speed wired or

12   wireless internet access in the courtroom, as well as remote real-time feed over a secure

13   connection to Court authorized individuals following the proceedings from locations outside of

14   Court such as firm offices or war rooms. This technology will facilitate the effective

15   representation of counsel involved in this matter. Subject to your approval, we will retain

16   Courtroom Connect to provide these services. Courtroom Connect has provided services in the

17   U.S. District Court, Northern District of California on past trials before Judge Susan Illston,

18   Judge Charles Breyer, Judge Claudia Wilken, and others in the Northern District of California.

19   Courtroom Connect will make all the necessary arrangements with the Court's computer

20   networking personnel. Onyx does not join in Bayer's request for remote real-time feed and

21   secured internet access, but does not object to it and reserves its right to request the use of such

22   equipment if the Court grants Bayer's request.

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
     Case No. C09-2145 EMC
                                              2
     sf-3048737

1

2    IT IS SO STIPULATED.

3    Dated: September 21, 2011

4    MORRISON & FOERSTER LLP                    COOLEY LLP

5
     /s/ Alison M. Tucher                        /s/Michelle S. Rhyu
6    Alison M. Tucher (171363)                   Michelle S. Rhyu, Ph.D. (212922)
     (atucher@mofo.com)                          (rhyums@cooley.com)
7    Amy C. Dachtler (248589)                    Stephen C. Neal (170085)
8    (adachtler@mofo.com)                        (nealsc@cooley.com)
     425 Market Street                           Bryan J. Boyle (253725)
9    San Francisco, CA 94105-2482                (bryan.boyle@cooley.com)
     Tel: (415) 268-7000                         Daniel J. Knauss (267414)
10   Fax: (415) 268-7522                         (dknauss@cooley.com)
                                                 Five Palo Alto Square
11   BARTLIT BECK HERMAN PALENCHAR               3000 El Camino Real
12   & SCOTT LLP                                 Palo Alto, CA 94306-2155
                                                 Tel: (650) 843-4000
13   Philip S. Beck (admitted *pro hac vice*)    Fax: (650) 857-0663
     (philip.beck@bartlit-beck.com)
14   Mark L. Levine (admitted *pro hac vice*)    Martin S. Schenker (109828)
     (mark.levine@bartlit-beck.com)              (mschenker@cooley.com)
15   Jason L. Peltz (admitted *pro hac vice*)    Benjamin H. Kleine (257225)
16   (jason.peltz@bartlit-beck.com)              (bkleine@cooley.com)
     James B. Heaton, III (admitted *pro hac vice*)  101 California Street, 5th Floor
17   (jb.heaton@bartlit-beck.com)                San Francisco, CA 94111-5800
     Brian C. Swanson (admitted *pro hac vice*)  Tel: (415) 693-2000
18   (brian.swanson@bartlit-beck.com)            Fax: (415) 693-2222
     J. Scott McBride (admitted *pro hac vice*)
19   (scott.mcbride@bartlit-beck.com)            Attorneys for Plaintiff
20   Georgia N. Alexakis (admitted *pro hac vice*)  ONYX PHARMACEUTICALS, INC.
     (georgia.alexakis@bartlit-beck.com)
21   54 West Hubbard Street, Suite 300
     Chicago, IL 60654
22   Tel: (312) 494-4400
23   Fax: (312) 494-4400

24   Attorneys for Defendants
     BAYER CORPORATION; BAYER
25   HEALTHCARE LLC; BAYER AG;
     BAYER SCHERING PHARMA AG
26

27
     **STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL**
28   **Case No. C09-2145 EMC**

                                    3
     sf-3048737

1

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3

I, Alison Tucher, attest that concurrence in the filing of this Stipulation and [Proposed]

4

Order Authorizing Entry and Use of Equipment During Trial has been obtained from each of the

5

other signatories.  Executed this 21st day of September, 2011, at San Francisco, California.

6

7                                                                          /s/ Alison M. Tucher
                                                                              Alison M. Tucher

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL

28   **Case No. C09-2145 EMC**

4

sf-3048737