UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ONYX PHARMACEUTICALS, INC.,          No. C-09-2145 EMC

        Plaintiff,

        v.                                           **SUPPLEMENTAL PRETRIAL ORDER**

BAYER CORPORATION, *et al.*,

        Defendants.
_____/

The Court held a conference call with both parties on September 29, 2011. This order memorializes the parties' agreements:

(1) As to exhibits to be shown in opening statements, the Court shall be provided with copies of the parties' exchanged exhibit lists at the same time they are provided to the opposing party.

(2) With respect to exhibits to be used in witness examinations, the parties shall provide the Court with copies of all exchanged lists and objections at the same time they are provided to opposing counsel so that the Court will be prepared to rule on any objections.

(3) The parties are also ordered to disclose the order of witnesses for trial to each other and the Court by 9:00 a.m. September 30, 2011.

IT IS SO ORDERED.

Dated: September 29, 2011

_____
EDWARD M. CHEN
United States District Judge