COOLEY LLP
Stephen C. Neal (170085)
(nealsc@cooley.com)
Michelle S. Rhyu, PH.D. (212922)
(rhyums@cooley.com)
Bryan J. Boyle (253725)
(bryan.boyle@cooley.com)
Daniel J. Knauss (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:       (650) 843-5000
Facsimile:        (650) 857-0663

COOLEY LLP
Martin S. Schenker (109828)
(mschenker@cooley.com)
Benjamin H. Kleine (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:      (415) 693-2000
Facsimile:       (415) 693-2222

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

MORRISON & FOERSTER LLP
Alison M. Tucher (171363)
(atucher@mofo.com)
Amy C. Dachtler (248589)
(adachtler@mofo.com)
425 Market Street
San Francisco, CA  94105-2482
Tel:  (415) 268-7000
Fax: (415) 268 7522

BARTLIT BECK HERMAN PALENCHAR
 & SCOTT LLP
Philip S. Beck(admitted pro hac vice)
(philip.beck@bartlit-beck.com)
Mark Levine (admitted pro hac vice)
(mark.levine@bartlit-beck.com)
Jason L. Peltz (admitted pro hac vice)
(jason.peltz@bartlit-beck.com)
James B. Heaton, III (admitted pro hac vice)
(jb.heaton@bartlit-beck.com)
Brian C. Swanson (admitted pro hac vice)
(brian.swanson@bartlit-beck.com)
J. Scott McBride (admitted pro hac vice)
(scott.mcbride@bartlit-beck.com)
54 West Hubbard Street, Suite 300
Chicago, IL  60654
Tel: (312) 494-4400
Fax: (312) 494-4440

Attorneys for Defendants BAYER
CORPORATION; BAYER HEALTHCARE
LLC; BAYER AG; BAYER SCHERING
PHARMA AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG, <br><br> Defendants. | Case No. C 09-2145 (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL** <br><br> Hon. Edward M. Chen |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

STIPULATION AND ORDER REQUESTING
DISMISSAL
CASE NO.:  CV 09 2145 (EMC)

1    Pursuant to a settlement agreement entered into by the parties in the above-entitled action,

2  and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate

3  and request that the Court **DISMISS WITH PREJUDICE** all claims between the parties in the

4  above-entitled action, each party to bear its own costs and attorneys' fees.

5    Pursuant to the terms of the settlement agreement, the parties further stipulate and request

6  that the Court retain jurisdiction over the above-entitled action and over the parties personally for

7  the purposes of enforcing the payment obligation set forth in Section 12 of the Fourth

8  Amendment to the Collaboration Agreement between the parties.

9

10  Dated:   October 14, 2011                         Dated:  October 14, 2011

11  COOLEY LLP                                         BARTLIT BECK HERMAN PALENCHAR
                                                       & SCOTT LLP

12

13  /s/ Martin S. Schenker                            /s/ J. Scott McBride
    Martin S. Schenker

14

15  Attorneys for Plaintiff                           Attorneys for Defendants
    ONYX PHARMACEUTICALS, INC.                        BAYER CORPORATION; BAYER
                                                       HEALTHCARE LLC; BAYER AG; BAYER
16                                                     SCHERING PHARMA AG

17

18  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

19

20

21  Dated:   October _____, 2011                      _____
                                                          Hon. Edward M. Chen

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF                          1.            **STIPULATION AND ORDER REQUESTING
                                                     DISMISSAL
                                                     CASE NO.:  CV 09 2145 (EMC)**

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Martin S. Schenker, attest that concurrence in the filing of this Stipulation And [Proposed] Order Requesting Dismissal has been obtained from each of the other signatories. Executed this 14th day of October, 2011, at San Francisco, California.

/s/ Martin S. Schenker
Martin S. Schenker

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

2.

**STIPULATION AND ORDER REQUESTING DISMISSAL**
**CASE NO.: CV 09 2145 (EMC)**