COOLEY LLP
Stephen C. Neal (170085)
(nealsc@cooley.com)
Michelle S. Rhyu, PH.D. (212922)
(rhyums@cooley.com)
Bryan J. Boyle (253725)
(bryan.boyle@cooley.com)
Daniel J. Knauss (267414)
(dknauss@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

COOLEY LLP
Martin S. Schenker (109828)
(mschenker@cooley.com)
Benjamin H. Kleine (257225)
(bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

MORRISON & FOERSTER LLP
Alison M. Tucher (171363)
(atucher@mofo.com)
Amy C. Dachtler (248589)
(adachtler@mofo.com)
425 Market Street
San Francisco, CA 94105-2482
Tel: (415) 268-7000
Fax: (415) 268 7522

BARTLIT BECK HERMAN PALENCHAR
  & SCOTT LLP
Philip S. Beck (admitted pro hac vice)
(philip.beck@bartlit-beck.com)
Mark Levine (admitted pro hac vice)
(mark.levine@bartlit-beck.com)
Jason L. Peltz (admitted pro hac vice)
(jason.peltz@bartlit-beck.com)
James B. Heaton, III (admitted pro hac vice)
(jb.heaton@bartlit-beck.com)
Brian C. Swanson (admitted pro hac vice)
(brian.swanson@bartlit-beck.com)
J. Scott McBride (admitted pro hac vice)
(scott.mcbride@bartlit-beck.com)
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Tel: (312) 494-4400
Fax: (312) 494-4440

Attorneys for Defendants BAYER
CORPORATION; BAYER HEALTHCARE
LLC; BAYER AG; BAYER SCHERING
PHARMA AG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BAYER CORPORATION, BAYER AG, BAYER HEALTHCARE LLC, AND BAYER SCHERING PHARMA AG, <br><br> Defendants. | Case No. C 09-2145 (EMC) <br><br> **STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL** <br><br> Hon. Edward M. Chen |

CooleY LLP
Attorneys At Law
San Francisco

1239567 v1/SF

Stipulation and Order Requesting
Dismissal
Case No.: CV 09 2145 (EMC)

1  Pursuant to a settlement agreement entered into by the parties in the above-entitled action, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that the Court **DISMISS WITH PREJUDICE** all claims between the parties in the above-entitled action, each party to bear its own costs and attorneys' fees.

Pursuant to the terms of the settlement agreement, the parties further stipulate and request that the Court retain jurisdiction over the above-entitled action and over the parties personally for the purposes of enforcing the payment obligation set forth in Section 12 of the Fourth Amendment to the Collaboration Agreement between the parties.

| | |
|---|---|
| Dated: October 14, 2011 | Dated: October 14, 2011 |
| COOLEY LLP | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| /s/ Martin S. Schenker | /s/ J. Scott McBride |
| Martin S. Schenker | |
| Attorneys for Plaintiff ONYX PHARMACEUTICALS, INC. | Attorneys for Defendants BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER AG; BAYER SCHERING PHARMA AG |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 17, 2011

_____
Hon. Edward M. Chen

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

1.

STIPULATION AND ORDER REQUESTING DISMISSAL
CASE NO.: CV 09 2145 (EMC)

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Martin S. Schenker, attest that concurrence in the filing of this Stipulation And [Proposed] Order Requesting Dismissal has been obtained from each of the other signatories. Executed this 14th day of October, 2011, at San Francisco, California.

        /s/ Martin S. Schenker
        Martin S. Schenker

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

2.

STIPULATION AND ORDER REQUESTING DISMISSAL
CASE NO.: CV 09 2145 (EMC)