| | |
|---|---|
| COOLEY LLP<br>Stephen C. Neal (170085)<br>(nealsc@cooley.com)<br>Michelle S. Rhyu, PH.D. (212922)<br>(rhyums@cooley.com)<br>Bryan J. Boyle (253725)<br>(bryan.boyle@cooley.com)<br>Daniel J. Knauss (267414)<br>(dknauss@cooley.com)<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br><br>COOLEY LLP<br>Martin S. Schenker (109828)<br>(mschenker@cooley.com)<br>Benjamin H. Kleine (257225)<br>(bkleine@cooley.com)<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff<br>ONYX PHARMACEUTICALS, INC. | MORRISON & FOERSTER LLP<br>Alison M. Tucher (171363)<br>(atucher@mofo.com)<br>Amy C. Dachtler (248589)<br>(adachtler@mofo.com)<br>425 Market Street<br>San Francisco, CA 94105-2482<br>Tel: (415) 268-7000<br>Fax: (415) 268 7522<br><br>BARTLIT BECK HERMAN PALENCHAR<br>  & SCOTT LLP<br>Philip S. Beck(admitted pro hac vice)<br>(philip.beck@bartlit-beck.com)<br>Mark Levine (admitted pro hac vice)<br>(mark.levine@bartlit-beck.com)<br>Jason L. Peltz (admitted pro hac vice)<br>(jason.peltz@bartlit-beck.com)<br>James B. Heaton, III (admitted pro hac vice)<br>(jb.heaton@bartlit-beck.com)<br>Brian C. Swanson (admitted pro hac vice)<br>(brian.swanson@bartlit-beck.com)<br>J. Scott McBride (admitted pro hac vice)<br>(scott.mcbride@bartlit-beck.com)<br>54 West Hubbard Street, Suite 300<br>Chicago, IL 60654<br>Tel: (312) 494-4400<br>Fax: (312) 494-4440<br><br>Attorneys for Defendants BAYER<br>CORPORATION; BAYER HEALTHCARE<br>LLC; BAYER AG; BAYER SCHERING<br>PHARMA AG |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ONYX PHARMACEUTICALS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BAYER CORPORATION, BAYER AG,<br>BAYER HEALTHCARE LLC, AND<br>BAYER SCHERING PHARMA AG,<br><br>    Defendants. | Case No. C 09-2145 (EMC)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER REQUESTING DISMISSAL**<br><br>Hon. Edward M. Chen |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

STIPULATION AND ORDER REQUESTING
DISMISSAL
CASE NO.: CV 09 2145 (EMC)

Pursuant to a settlement agreement entered into by the parties in the above-entitled action, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties hereby stipulate and request that the Court **DISMISS WITH PREJUDICE** all claims between the parties in the above-entitled action, each party to bear its own costs and attorneys' fees.

Pursuant to the terms of the settlement agreement, the parties further stipulate and request that the Court retain jurisdiction over the above-entitled action and over the parties personally for the purposes of enforcing the payment obligation set forth in Section 12 of the Fourth Amendment to the Collaboration Agreement between the parties.

Dated: October 14, 2011

COOLEY LLP

/s/ Martin S. Schenker
Martin S. Schenker

Attorneys for Plaintiff
ONYX PHARMACEUTICALS, INC.

Dated: October 14, 2011

BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP

/s/ J. Scott McBride

Attorneys for Defendants
BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER AG; BAYER SCHERING PHARMA AG

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 17, 2011

_____
Hon. Edward M. Chen

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

1.

STIPULATION AND ORDER REQUESTING DISMISSAL
CASE NO.: CV 09 2145 (EMC)

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Martin S. Schenker, attest that concurrence in the filing of this Stipulation And [Proposed] Order Requesting Dismissal has been obtained from each of the other signatories. Executed this 14th day of October, 2011, at San Francisco, California.

                                           /s/ Martin S. Schenker
                                             Martin S. Schenker

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1239567 v1/SF

2.

STIPULATION AND ORDER REQUESTING DISMISSAL
CASE NO.: CV 09 2145 (EMC)