**United States District Court**
For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8   ONYX PHARMACEUTICALS, INC.,            No. C-09-2145 EMC
9            Plaintiff,
                                           **ORDER ASSESSING JURY COSTS**
10       v.
11  BAYER CORPORATION, *et al.*,
12           Defendants.
13  _____/
14
15      As stated on the record, the parties are ordered to pay a grand total of $7,210.12 in jury costs
16  incurred by the Court in this matter, which shall be split evenly between Plaintiff and Defendants.  A
17  breakdown of these costs is provided as Exhibit A.  Payment is to be made in full by November 10,
18  2011, with check payments payable to "Clerk, United States District Court, Northern District of
19  California."
20
21      IT IS SO ORDERED.
22
23  Dated:  October 20, 2011
24
25  _____
    EDWARD M. CHEN
26  United States District Judge
27
28